UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL E. LONG, JR.     PLAINTIFF

V.     4:18CV00178 JM/JTR

FAULKNER COUNTY
SHERIFF'S OFFICE, *et al*.     DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Michael E. Long, Jr. may PROCEED with his inadequate medical claims, regarding his Hepatitis C and liver and gallbladder conditions, against Defendants Dr. Gary Stewart, Nurse Monte Munyan, Leslie Moore, Southwestern Medical Group, Sergeant Rusty Paige, Lieutenant Gary Andrews and Captain Reed Miller, in their individual and official capacities.

2. Faulkner County Sheriff's Office, Faulkner County Detention Center, and 9th District Court of Faulkner County are DISMISSED, WITH PREJUDICE, as defendants in this lawsuit.

3. Lindsay Paxton, Darrick Simmons, Evan Pence and Charles Fickenbinder are DISMISSED, WITH PREJUDICE, as defendants in this lawsuit.

4. All other claims and defendants are DISMISSED, WITHOUT PREJUDICE.

5. It is CERTIFIED, pursuant to 28 U.S.C. ' 1915(a)(3), that an *in forma pauperis*

appeal from this Order would not be taken in good faith.

6. The Clerk is directed to prepare a summons for Stewart, Munyan, Moore, Southwestern Medical Group, Paige, Andrews and Miller at the Faulkner County Detention Center. The United States Marshal is directed to serve the summons, Second Amended Complaint,[1] Long's Motions for Preliminary Injunction and Brief in Support,[2] and this Order on them without prepayment of fees and costs or security therefor. If any of the defendants are no longer Faulkner County employees, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

Dated this 19th of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Dkt. No. 9.

[2] Dkt. Nos. 7, 12 & 13.