UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL E. LONG, JR.                                        PLAINTIFF

V.                     No. 4:18CV00178-JM

MONTE MUNYAN, Nurse,
Faulkner County Detention Center, *et al.*                     DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 6th day of April, 2020.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE